CO-386-online
10/03

# United States District Court
# For the District of Columbia

Defenders of Wildife, et al )
)
)
)
       vs         Plaintiff  )   Civil Action No. _____
)
Carlos Gutierrez, Secretary, )
Department of Commerce, et al. )
)
        Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __NONE_____ which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/_____
Signature

446189                                Howard M. Crystal
BAR IDENTIFICATION NO.                Print Name

                                      1601 Conn. Ave., N.W.
                                      Address

                                      Washington DC        20009
                                      City        State    Zip Code

                                      202-588-5206
                                      Phone Number