UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, et al., ) | |
| ) | |
| Plaintiffs, ) | No.  08-1107 (PLF) |
| ) | |
| v. ) | |
| ) | |
| Carlos Gutierrez, et al., ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF SERVICE**

      I hereby declare that service of the Summonses and Complaint in the above-captioned case has taken place in the following manner:

      1.      The United States Attorney for the District of Columbia was served by hand delivery on June 26, 2008.

      2.      The U.S. Attorney General was served by certified mail on July 8, 2008;

      3.      The Secretary of the Department of Commerce, Carlos Gutierrez, was served by certified mail on July 7, 2008;

      4.      The Assistant Administrator for Fisheries of the National Marine Fisheries Service, James Balsiger, was served by certified mail on or before July 9, 2008;

      Receipts verifying this information are attached.

      Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

      Respectfully submitted,

      /s/
Howard M. Crystal (D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C.  20009
(202) 588-5206

August 25, 2008                              Attorney for Plaintiff

Summons in civil case Defenders of Wildlife, *et al.* v. Carlos Gutierrez, Secretary Department of Commerce, *et al.* was received by

Gary Nails

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
Department of Justice
10th & Constitution Ave., NW
Washington, DC 20230

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)    B. Date of Delivery
   MAY 08 2008
C. Signature
X [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7007 2680 0002 9519 2868

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Balsiger
Acting Assistant Administrator for Fisheries
National Marines Fisheries Service
1335 East-West Highway
Iver Spring, MD 209190

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)    B. Date of Delivery
   J Clark
C. Signature
X [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7007 2680 0002 9519 2851

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Carlos Gutierrez, Secretary
Department of Commerce
14th Street and Constitution Ave., NW
Washington, DC   20230

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly)    B. Date of Delivery
   M. Montgomery                          07/07/08
C. Signature
X M. Montgomery
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7007 2680 0002 9519 2844

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Defenders of Wildlife, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Carlos Gutierrez, et al., )<br>)<br>Defendants. ) | No. 08-1107 (PLF) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2008, I have caused the foregoing Affidavit of Service to be served via email and U.S. mail to the following:

Bridget Kennedy McNeil
Department of Justice
Wildlife and Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
bridget.mcneil@usdoj.gov

                                                                           /s/
                                               Howard M. Crystal